20149. WILKES *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the motion for a new trial contained the usual general grounds only. It follows that the refusal to grant the motion was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 14, 1930.

*N. L. Gillis Jr., A. C. Saffold,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.